414

be redacted without prejudice to defendant, the confession should be excluded. It is incumbent upon district attorneys who plan to redact a confession to raise the issue at pretrial, rather than during the trial, so that if redaction is unwarranted, separate trials can be ordered. Where, however, as in this case the confession does not contain a trace or a hint of participation in the crime by appellant, redaction is permissible.[2]

Judgment affirmed.

378 A.2d 861

**COMMONWEALTH of Pennsylvania**

v.

**John M. HOPPER, Appellant.**

Supreme Court of Pennsylvania.

Argued March 7, 1977.

Decided Oct. 28, 1977.

Lester G. Nauhaus, John H. Corbett, Jr., Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Asst. Dist. Atty., Pittsburgh, for appellee.

2. Another issue raised by appellant is whether the judge erred in not allowing the jury to set the penalty. We do not reach this question here, however, since by the failure of defense counsel to make any objection at the time or to make any mention of it in the original motion for a new trial the issue has been waived. *Commonwealth v. Blair,* 460 Pa. 31, 331 A.2d 213 (1975).

Appellant does not contend that the evidence is insufficient to support the verdict of murder of the first degree. However, this Court has an independent obligation to determine whether the evidence is sufficient to support a verdict of murder of the first degree. Act of February 15, 1870, P.L. 15, § 2, 19 P.S. § 1187 (1964). An examination of the record reveals that the evidence is sufficient to support the verdict.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

## ORDER OF COURT

PER CURIAM:

Judgment of sentence affirmed.

378 A.2d 862

**COMMONWEALTH of Pennsylvania**

v.

**Dennis McDONALD, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1977.

Decided Oct. 28, 1977.

Lester G. Nauhaus, Paulette J. Balogh, Asst. Public Defender, Pittsburgh, for appellant.

Robert L. Eberhardt, Asst. Dist. Atty., Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

## OPINION

PER CURIAM.

Order affirmed.